IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD HERSHEY**                                                                                                 **PLAINTIFF**

**v.**                                     **CASE NO.  4:18-CV-00476 BSM**

**MULTI-PURPOSE CIVIC CENTER
FACILITY BOARD FOR PULASKI
COUNTY, ARKANSAS,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 14th day of August, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE